Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

DAR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 06-085-M-01 |
| ) vs. ) | Criminal No. P 0546969 |
| Moya M. Atkinson ) | |

## NOTICE OF APPEAL

Name and address of appellant:
Moya Atkinson

Name and address ~~of appellee~~:
Defendant Pro Se

FILED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Offense: Demonstrating without a permit on Sept. 26, 2005

Concise statement of judgment or order, giving date, and any sentence:
Guilty: MARCH 2006
Judgement Entered: Time Served + $25 processing

Name and institution where now confined, if not on bail:
N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

3/21/06
DATE

Moya Atkinson
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [ ]    NO [ ]
Has counsel ordered transcripts?    YES [ ]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]    NO [ ]

RECEIVED
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


$31.00 fee